COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON



ORDER

Appellate case name:     In the Interest of Z. T., a minor child

Appellate case number:   01-13-00407-CV

Trial court case number: 2012-32356

Trial court:             312th District Court of Harris County

This is an appeal of a termination decree. The notice of appeal does not indicate that appellant is presumed indigent, and therefore appellant is required to pay the filing fee and to pay for the record in this appeal. The record in this appeal was due on May 25, 2013. The district clerk and the court reporter have informed this Court that the appellant has neither requested nor paid for either record in this appeal. Because this is a termination case, the Court is required to bring this appeal to final disposition within 180 days of the date the notice of appeal was filed so far as reasonably possible. *See* Tex. R. Jud. Admin. 6.2, *reprinted in* TEX. GOV'T CODE ANN., tit. 2, subtit. F app. (West Supp. 2012).

Accordingly, appellant is hereby ORDERED to file proof that appellant has requested and paid for or made arrangements to pay for the clerk's record in this appeal **within 5 days of the date of this order**. If proof that appellant has paid for or made arrangements to pay for the clerk's record is not filed within 5 days of the date of this order, this appeal may be dismissed for want of prosecution without further notice. *See* TEX. R. APP. P. 37.3(b).

Appellant is further ORDERED to file proof that appellant has requested and paid for or made arrangements to pay for the reporter's record in this appeal **within 5 days of the date of this order**. If proof that appellant has paid for or made arrangements to pay for the reporter's record is not filed within 5 days of the date of this order, the Court may consider and decide those issues or points that do not require a reporter's record for a decision. *See* TEX. R. APP. P. 37.3(c).

It is so ORDERED.


Judge's signature: /s/ Evelyn V. Keyes
                   ☑ Acting individually     ☐ Acting for the Court


Date:     May 30, 2013